NEAL *et al.,* trustees, *v.* HUDSON *et al.*

FISH, C. J. In view of the pleadings, the evidence submitted, and the principles of law applicable thereto, the judge did not err in refusing to grant an interlocutory injunction.

> *Judgment affirmed. All the Justices concur.*
> No. 1929. JANUARY 11, 1921.

Petition for injunction. Before Judge Walker. Warren superior court. February 12, 1920.

*L. D. McGregor,* for plaintiffs.

*E. P. & J. C. Davis* and *M. L. Felts,* for defendants.